AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America
v.
Hugo Jinkis
*Defendant*

Case No. 15-CR-252 (PKC)

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/27/2026

*Defendant's signature*

*Signature of defendant's attorney*

Michael Martinez, Esq.
*Printed name of defendant's attorney*

s/Hon. Pamela K. Chen
*Judge's signature*

Hon. Pamela K. Chen, U.S.D.J.
*Judge's printed name and title*